ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
**PANEL ESPECIAL**

| | | |
|---|---|---|
| **VILLA BLANCA LTD, Y OTROS**<br><br>PETICIONARIOS,<br><br>V.<br><br>**MAPFRE PRAICO INSURANCE COMPANY**<br><br>RECURRIDO | **TA2025CE00609** | ***Certiorari procedente del Tribunal de Primera Instancia, Sala Superior de Caguas***<br><br>Caso Núm:<br>CG2019CV03331<br><br><br>Sobre: Seguros – Incumplimiento Aseguradoras, Daños, Sentencia Declaratoria |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Candelaria Rosa y la Jueza Diaz Rivera

*Grana Martínez*, Jueza Ponente

### RESOLUCIÓN

En San Juan, Puerto Rico, hoy día 29 de octubre de 2025.

El 14 de octubre de 2025, se presentó la Petición de *Certiorari* con el epígrafe por Villa Blanca LTD, Almaco Capital Corp., Attenure Holding Trust 2 y HRH Property Holdings LLC por conducto de su representación legal.

La Parte Peticionaria en este recurso cuestiona la exclusión como testigo de la parte demandante de un representante de la parte demandada por no haberse identificado por su nombre y apellido.

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de *certiorari*, declinamos ejercer la misma. Así pues, denegamos la expedición del recurso. Consecuentemente rechazamos la Moción de reconsideración y reiterando solicitud de auxilio de jurisdicción presentada.

En fin, se deniega la expedición de los autos de *certiorari*.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones